# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>v.<br>Wendy Rivera-Ramirez,<br>        Defendant. | No. CR-19-00665-001-PHX-SMB<br>**ORDER** |

    Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Deborah Fine (Doc. 41) regarding defendant's competency and change of plea hearing (Doc. 2). The R&R recommends that the Court make a determination as to Defendant's competency to proceed and, if found competent, schedule a change of plea hearing before Magistrate Judge Metcalf in Yuma. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 59(b)(2), Federal Rules of Criminal Procedure).

    No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); Thomas v.

Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). The parties did submit a stipulation. They ask the Court to follow the recommendations of Magistrate Judge Deborah Fine. Thus, The Court will accept the R&R. The Court has reviewed the competency evaluation and issued a separate order regarding the court's findings.

IT IS ORDERED:

1. The R&R (Doc. 41) is accepted.

2. This matter shall be referred to Magistrate Judge Metcalf in Yuma for a change of plea hearing.

3. A Spanish interpreter shall be present for the change of plea hearing. and

4. Defense counsel Elisse Larouche shall personally appear in Yuma to represent the Defendant at any hearing set in Yuma.

Dated this 5th day of December, 2019.

Honorable Susan M. Brnovich
United States District Judge

cc: DMF/JFM